# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TOLISIA S. RUSH**                                                        **PLAINTIFF**

**VS.**                                                        **CAUSE NO. 1:20-CV-72-GHD-RP**

**WISE STAFFING SERVICES, INC., d/b/a**
**DAY-HELP, LLC; PACCAR ENGINE**
**COMPANY, INC.; and BAUCOM BUILDING**
**MAINTENANCE, INC.**                                       **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

TO:      ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that Plaintiff Tolisia S. Rush, by and through counsel, has this day served upon all counsel of record a true and correct copy of **Plaintiff's First Set of Interrogatories and Requests for Production of Documents Propounded to Defendant Baucom Building Maintenance, Inc.** via electronic mail.

The undersigned retains the original of the above document as custodian thereof.

SO NOTICED, this the 26th day of August, 2020.

                                                     TOLISIA S. RUSH, Plaintiff

                     By:      */s/ Ron L. Woodruff*
                                   Ron L. Woodruff, MS Bar No. 100391
                                   rlw@waidelaw.com
                                   WAIDE & ASSOCIATES, P.A.
                                   332 North Spring Street
                                   Tupelo, MS 38804-3955
                                   Post Office Box 1357
                                   Tupelo, MS 38802-1357
                                   (662) 842-7324 / Telephone
                                   (662) 842-8056 / Facsimile

                                   ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing **Notice of Service of Discovery** with the Clerk of the Court, utilizing this court's electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Jennifer H. Scott, Esq.**
**Grafton E. Bragg, Esq.**
**Wise Carter Child & Caraway, P.A.**
**P.O. Box 651**
**Jackson, MS 39205-0651**
**jhs@wisecarter.com**
**geb@wisecarter.com**
**kwm@wisecarter.com**
**lam@wisecarter.com**

DATED, this the 26th day of August, 2020.

> */s/ Ron L. Woodruff*
> Ron L. Woodruff