IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TOLISA S. RUSH                                                                PLAINTIFF

VS.                                                       CASE NO. 1:20-CV-00072-GHD-RP

WISE STAFFING SERVICES, INC. d/b/a
DAY-HELP, LLC; PACCAR ENGINE
COMPANY, INC.; and BAUCOM BUILDING
MAINTENANCE, INC.                                          DEFENDANTS

## STIPULATION OF DISMISSAL

Plaintiff Tolisa S. Rush, together with Defendant Wise Staffing Services, Inc., PACCAR Engine Company, and Baucom Building Maintenance, Inc., file this stipulation of dismissal under the provisions of Federal Rule of Civil Procedure 41(a)(1)(A). Pursuant to this stipulation, all parties who have appeared in this action stipulate to the dismissal, with prejudice, of this action in its entirety, including all claims that were made or could have been made by Tolisa S. Rush. Each party will bear its own costs and expenses.

So stipulated, this the 1st day of October, 2020.

TOLISA S. RUSH

BY: */s/ Ron Woodruff*
RON WOODRUFF (MSB # 100391)

WISE STAFFING SERVICES, INC.
PACCAR ENGINE COMPANY
BAUCOM BUILDING MAINTENANCE, INC.

BY: */s/ Grafton E. Bragg*
Jennifer H. Scott (MSB #101553)
Grafton E. Bragg (MSB #104821)